IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JONATHAN ALAN GOOD,** | : | |
| **Plaintiff** | : | |
| | : | No. 1:20-cv-00446 |
| v. | : | |
| | : | (Judge Kane) |
| **JOHN DOE, et al.,** | : | |
| **Defendants** | : | |

# ORDER

**AND NOW**, on this 29th day of June 2021, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Defendant Bartow's motion for summary judgment (Doc. No. 25) is **GRANTED**;

2. The Clerk of Court is directed to enter judgment in favor of Defendant Lieutenant Bartow and against Plaintiff Jonathan Alan Good as to all claims asserted against Defendant Bartow; and

3. The Clerk of Court is directed to **CLOSE** the above-captioned action.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania